IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

KEITH DOUGLAS JAMES,

      Petitioner,

v.                                       Case No.  5D17-3650

STATE OF FLORIDA,

      Respondent.
_____/

Opinion filed March 2, 2018

Petition for Belated Appeal
A Case of Original Jurisdiction.

James W. Smith, III, and Yadirah M. Rodriguez, of CPLS, P.A., Orlando, for Petitioner.

No Appearance for Respondent.

PER CURIAM.

The petition for belated appeal is granted.  A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the August 24, 2017, judgment and sentence in Case No. 2016-CF-006355-A-O, in the Circuit Court in and for Orange County, Florida.  See Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

TORPY, EVANDER and LAMBERT, JJ., concur.